# IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| PASCHELLA JOHNS,<br>              Appellant,<br>vs.<br>THE STATE OF NEVADA,<br>              Respondent. | No. 76822 |

FILED

NOV 02 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY ___S.Young___
DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is an appeal from a judgment of conviction. Eighth Judicial District Court, Clark County; Kathleen E. Delaney, Judge.

This court's initial review of this appeal revealed a jurisdictional defect. The notice of appeal was untimely filed. The judgment of conviction was entered on July 6, 2018. However, the notice of appeal was not filed until August 22, 2018, well after the expiration of the 30-day appeal period prescribed by NRAP 4(b). Accordingly, on September 13, 2018, we directed appellant's counsel to show cause why this appeal should not be dismissed for lack of jurisdiction.

In response to the show-cause order, appellant's counsel concedes that the appeal is untimely. Because an untimely notice of appeal fails to vest jurisdiction in this court, *see Lozada v. State*, 110 Nev. 349, 352, 871 P.2d 944, 946 (1994), we lack jurisdiction over this appeal and we

ORDER this appeal DISMISSED.

_____, J.
Pickering

_____, J.
Gibbons

_____, J.
Hardesty

cc: Hon. Kathleen E. Delaney, District Judge
Clark County Public Defender
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk
Paschella Johns